UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF THE STATE OF NEW YORK

| | |
|---|---|
| ANGEL JENKINS on behalf of himself and all others similarly situated,<br><br><br>PLAINTIFF,<br><br>v.<br><br>ADASA LTD, INC.<br><br><br>DEFENDANT. | **NOTICE OF WITHDRAWAL**<br>Docket #: 1:26-CV-0875 |

**PLEASE TAKE NOTICE**, Plaintiff, ANGEL JENKINS, by and through the undersigned hereby withdraws and discontinues in their entirety and without prejudice any and all federal claims or rights asserted, or that could have been asserted, against any and all defendants or potential defendants in this action, without attorney's fees, costs or expenses to any party arising out of the federal claims asserted by plaintiff or related to the withdrawal of those claims.

          **JOSEPH & NORINSBERG, PLLC**

          *Robert Schonfeld*

          Robert Schonfeld, Esq.
          825 Third Avenue, Suite 2100
          New York, New York 10022
          rschonfeld@employeejustice.com